*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                            Chapter: 13

    Susan Hodges

               Debtor(s)               Bankruptcy No: 19−17778−mdc

## *O R D E R*

**AND NOW,** this 16th day of December, 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 12/27/2019
    Chapter 13 Plan due by 12/27/2019
    Schedules AB−J due 12/27/2019
    Statement of Financial Affairs due 12/27/2019
    Summary of Assets and Liabilities Form B106 due 12/27/2019
    Means Test Calculation B122C−2 due 12/27/2019
    Statement of Current Monthly Income due 12/27/2019
    Incomplete Filings due by 12/27/2019. Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130