# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Chapter 13
    Susan Hodges  :
   :  Bankruptcy Case No.: 19-17778MDC
   :

## ORDER

AND NOW, this __31st__ day of __December__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __January 22__, 2020.

_/s/ Magdeline D. Coleman_
**Honorable Chief Judge Magdeline D. Coleman**