UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 |
|---|---|
| SUSAN HODGES | |
| Debtor | Bankruptcy No. 19-17778-MDC |

# O R D E R

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: 3/28/23

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
SUSAN  HODGES

1234 E. 12TH STREET

EDDYSTONE, PA 19022-